Ford Credit

October 5, 2026

Marcus Withers
119 Evergreen Road, Unit 43457
Louisville, KY 40253

Subject: Eddie Gilstrap Motors, Inc.
207 S Main Street
Salem, IN 47167

This is to advise that Ford Credit (FMCC) has demanded payment of $5,927,772.96 from the above named dealer in accordance with the attached letter of demand.

As a guarantor of all obligations owing by Eddie Gilstrap Motors, Inc. to FMCC, pursuant to a Continuing Guaranty agreement executed by you on May 8, 2024, demand hereby is made upon you for payment of the said $5,927,772.96.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to FMCC.

We expect that you will honor your guaranty obligation to FMCC. In that regard, we look forward to your prompt and affirmative response to this demand for payment.

Please be advised that if you fail to honor your guaranty obligation, FMCC intends to exercise its remedies pursuant to law and contracts.

James Crowder

James Crowder
Regional Manager - Cincinnati

Ford Credit

October 5, 2026

Marcus Withers
3805 Buglewood Place
Louisville, KY 40245

Subject: Eddie Gilstrap Motors, Inc.
207 S Main Street
Salem, IN 47167

This is to advise that Ford Credit (FMCC) has demanded payment of $5,927,772.96 from the above named dealer in accordance with the attached letter of demand.

As a guarantor of all obligations owing by Eddie Gilstrap Motors, Inc. to FMCC, pursuant to a Continuing Guaranty agreement executed by you on May 8, 2024, demand hereby is made upon you for payment of the said $5,927,772.96.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to FMCC.

We expect that you will honor your guaranty obligation to FMCC. In that regard, we look forward to your prompt and affirmative response to this demand for payment.

Please be advised that if you fail to honor your guaranty obligation, FMCC intends to exercise its remedies pursuant to law and contracts.

James Crowder

James Crowder
Regional Manager - Cincinnati

Ford Credit

October 5, 2026

Withers Automotive Worldwide, Inc.
11802 Brinley Avenue
Louisville, KY 40243

Subject: Eddie Gilstrap Motors, Inc.
207 S Main Street
Salem, IN 47167

This is to advise that Ford Credit (FMCC) has demanded payment of $5,927,772.96 from the above named dealer in accordance with the attached letter of demand.

As a guarantor of all obligations owing by Eddie Gilstrap Motors, Inc. to FMCC, pursuant to a Continuing Guaranty agreement executed by you on May 8, 2024, demand hereby is made upon you for payment of the said $5,927,772.96.

This demand for payment is made without prejudice to any other amounts now or hereafter owing by the above named dealer or by you to FMCC.

We expect that you will honor your guaranty obligation to FMCC. In that regard, we look forward to your prompt and affirmative response to this demand for payment.

Please be advised that if you fail to honor your guaranty obligation, FMCC intends to exercise its remedies pursuant to law and contracts.

*James Crowder*

James Crowder
Regional Manager - Cincinnati